IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NEW AGE DEVELOPMENT GROUP, LLC<br><br>v.<br><br>JRW SERVICE GROUP LLC | CIVIL ACTION<br><br>NO. 23-3676 |
|---|---|

**O R D E R**

**AND NOW**, this **2nd** day of **August, 2024**, upon review of Defendant's Motion to Set Aside Default, ECF 20, Plaintiff's Response, ECF 21, and Plaintiff's Reply, ECF 22, it is hereby **ORDERED** that Defendant's Motion to Set Aside Default is **GRANTED.** This Court's Default, entered on November 20, 2023, is hereby vacated.

BY THE COURT:

*S/Michael M. Baylson*
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-700 Davis v. Hallie Medical Staffing et al\23-700 2 Order re Motion to Set Aside Default.docx