IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NEW AGE DEVELOPMENT GROUP, LLC,<br>*Plaintiff,*<br><br>v.<br><br>JRW SERVICE GROUP LLC,<br>*Defendant.* | CIVIL ACTION<br><br>NO. 23-3676 |
|---|---|

## ORDER

**AND NOW**, this 26th of September, 2024, in consideration of Defendant's Motion to Dismiss (ECF 26) and Plaintiff's Response (ECF 28), this Court hereby **ORDERS** that Defendant's Motion to Dismiss is **GRANTED**. This case is **DISMISSED with prejudice**. The Clerk of Court shall close this case.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3676 New Age Development v JRW Service\23-3676 Order on Motion to Dismiss.docx